IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBIN D. PERKINS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>   Defendant. | Case No. CIV-10-180-RAW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

 On August 29, 2011, United States Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

 IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

 IT IS SO ORDERED this 15th day of September, 2011.

**Dated this 15th day of September, 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma